UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cr-00112-JPH-MJD ) |
| JAMES WILLIAMS, | ) -01 ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Mark J. Dinsmore's Report and Recommendation and all findings therein, dkt. [97]. The Court now **ORDERS** that James Williams' supervised release is therefore **MODIFIED**, dkt. [90]. Violation number 2 is **DISMISSED**. Mr. Williams supervised release conditions, Dkt. 63 at 3-4, are modified to include the following additional terms:

    18. You shall reside in a residential reentry center for a term of up to 120 days.

    You shall abide by the rules and regulations of the facility.

    19. You shall not use or possess any alcoholic beverages.

Mr. Williams is to remain in custody pending the availability of bed space at the residential reentry center.

**SO ORDERED.**

Date: 8/22/2025

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C